IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hurd, Dotsie M

Printed: 9/9/08

Case Number: 07 B 16507
Judge: Squires, John H
Filed: 9/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 30, 2008
Confirmed: October 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,380.00 |  |
| Secured: |  | 625.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 680.47 |
| Trustee Fee: |  | 74.53 |
| Other Funds: |  | 0.00 |
| Totals: | 1,380.00 | 1,380.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 680.47 |
| 2. | Credit Acceptance Corp | Secured | 12,794.73 | 625.00 |
| 3. | Davis Apartments | Unsecured | 88.30 | 0.00 |
| 4. | Sallie Mae | Unsecured | 588.63 | 0.00 |
| 5. | Charming Shoppes | Unsecured | 17.80 | 0.00 |
| 6. | RMI/MCSI | Unsecured | 32.50 | 0.00 |
| 7. | Heritage Acceptance Corp | Unsecured | 49.30 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 47.76 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 45.93 | 0.00 |
| 10. | Chase | Unsecured | | No Claim Filed |
| 11. | AFNI | Unsecured | | No Claim Filed |
| 12. | Allied Interstate | Unsecured | | No Claim Filed |
| 13. | CRA Security Systems | Unsecured | | No Claim Filed |
| 14. | AT&T | Unsecured | | No Claim Filed |
| 15. | AmeriMark Bank | Unsecured | | No Claim Filed |
| 16. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 17. | Collection Connection | Unsecured | | No Claim Filed |
| 18. | Especially Yours | Unsecured | | No Claim Filed |
| 19. | Credit Management Co. | Unsecured | | No Claim Filed |
| 20. | Thomas Russell Attorney At Law | Unsecured | | No Claim Filed |
| 21. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 22. | Municipal Collection Services | Unsecured | | No Claim Filed |
| 23. | AFNI | Unsecured | | No Claim Filed |
| 24. | Nuvell Financial Services | Unsecured | | No Claim Filed |
| 25. | Security Check, LLC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hurd, Dotsie M | Case Number: 07 B 16507 |
|---|---|
| | Judge: Squires, John H |
| Printed: 9/9/08 | Filed: 9/11/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Recievable Recovery Systems | Unsecured | | No Claim Filed |
| 27. | Heritage Acceptance Corp | Unsecured | | No Claim Filed |
| 28. | Southwest Eye Center | Unsecured | | No Claim Filed |
| 29. | CRA Security Systems | Unsecured | | No Claim Filed |
| 30. | TCF Bank | Unsecured | | No Claim Filed |
| 31. | The Vision Salon Eye Care Associates | Unsecured | | No Claim Filed |
| 32. | Park Dansan | Unsecured | | No Claim Filed |
| 33. | Neighborhool Built By MCY | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 17,157.95 | $ 1,305.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 74.53 |
| | _____ |
| | $ 74.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

